UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| **WILLIE BELL JR.,**<br>Petitioner | **CIVIL DOCKET NO. 1:20-CV-0858-P** |
| **VERSUS** | **JUDGE DAVID C. JOSEPH** |
| **DARREL VANNOY,**<br>Respondent | **MAGISTRATE JUDGE PEREZ-MONTES** |

## J U D G M E N T

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein (ECF No. 8), and after a *de novo* review of the record, including the Objection (ECF No. 9) filed by Petitioner, having determined that the findings and recommendation are correct under the applicable law;

IT IS ORDERED that the Petition for Writ of Habeas Corpus (ECF No. 1) is hereby DISMISSED WITHOUT PREJUDICE pursuant to Rule 41 of the Federal Rules of Civil Procedure.

THUS DONE AND SIGNED in Chambers, this 19th day of November, 2020.

_____
DAVID C. JOSEPH
UNITED STATES DISTRICT JUDGE